IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALEM MELES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1487 |
| | ) | Judge Trauger |
| AVALON HEALTH CARE, LLC, d/b/a | ) | |
| Trevecca Health Care, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for September 19, 2014 is **RESET** for Wednesday, September 10, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 14th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge